IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRANDON H.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>　　　　Defendant. | ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:24-CV-739-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

　　　　This action against the Commissioner of the Social Security Administration for judicial review of Social Security Administration's denial of Title XVI Supplemental Security Income (SSI) under the Social Security Act, 42 U.S.C. § 401, was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B). On July 9, 2025, Magistrate Judge Romero issued a Report and Recommendation [ECF No. 30], recommending that the district judge reverse the Commissioner's decision and remand the case for additional administrative proceedings.

　　　　The Report and Recommendation notified the parties that any objection to the Report and Recommendation must be filed within fourteen days of receiving it.  As of the date of this Order, neither party has submitted an objection and the deadline for submitting an objection has passed.

　　　　A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court.  *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b).  The court has reviewed the

Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Romero's recommendation and analysis. The court adopts and affirms Magistrate Judge Romero's Report and Recommendation in its entirety as the order of the court. Accordingly, the court reverses the Commissioner's decision and remands the case for additional administrative proceedings.

DATED this 4th day of August 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge